UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY J. BECKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV-07-073-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** for payment of an immediate award of benefits; Defendant's Motion for Summary Judgment is DENIED; and Judgment is entered for Plaintiff.

DATED this 13th day of month, December 2007.

　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　　　by: s/Cheryl Switzer
　　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel